**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini SB# 133878
 Email: pardini@lbbslaw.com
Jay E. Framson, SB# 161931
 Email: framson@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 438-6633
Facsimile: (415) 434-0882

Attorneys for Plaintiffs,
NATIONWIDE MUTUAL INSURANCE COMPANY
and AMCO INSURANCE COMPANY

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation, and AMCO INSURANCE COMPANY, an Iowa corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DIAMONDBACK METAL SYSTEMS, LLC, an Arizona limited liability company; et al.<br><br>　　　　Defendants. | CASE NO.  1:11-CV-00071-OWW-SKO<br><br>ORDER OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a) and the Notice of Dismissal previously filed by Plaintiffs Nationwide Mutual Insurance Company and AMCO  Insurance Company, the above-captioned action is hereby DISMISSED in its entirety with prejudice.

**IT IS SO ORDERED.**


IT IS SO ORDERED.

**Dated:   July 8, 2011**　　　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4838-0071-1946.1                               -1-
[PROPOSED] ORDER OF DISMISSAL
CASE NO. 1:11-CV-00071-OWW-SKO